UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAMONT BROUSSARD,<br>    Plaintiff,<br>v.<br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br>    Defendant. | No. C10-1076-MAT<br><br>ORDER |

IT IS HEREBY ORDERED, through the agreed motion by the parties, that Plaintiff is awarded attorney's fee, payable, if there is no recoverable debt under the Treasury offset program, to Plaintiff's attorney, Schroeter, Goldmark & Bender, of $6,963.21 and expenses for legal research and postage in the amount of $520.11, under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412; and costs for the filing fee in the amount of $350.00, pursuant to 28 U.S.C. § 1920.

DONE this 2nd day of March, 2011.

_____
Mary Alice Theiler
United States Magistrate Judge

Presented By:

s/Anne Kysar
ANNE KYSAR, WSBA # 28351
Schroeter Goldmark & Bender
810 Third Avenue, Suite 500
Seattle, WA  98104
Phone:  (206) 622-8000
Fax:  (206) 682-2305
E-mail: kysar@sgb-law.com